**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2523**

NANNETTE F. BUCKNER,

　　　　　　　　Plaintiff - Appellant,

　　　　v.

JACOB LEW, Secretary, Department of the Treasury,

　　　　　　　　Defendant – Appellee,

　　　　and

TIMOTHY F. GEITHNER, Secretary, Department of the Treasury;
MARIAM G. GARVEY, Department of the Treasury; JACQUELINE ANN
BERRIEN; ROBERT L. HUNT, Area Director, South Atlantic Area,
Collections Operations,

　　　　　　　　Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.　Louise W. Flanagan,
District Judge. (5:13-cv-00199-FL)

Submitted: April 19, 2016　　　　Decided: September 2, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nannette F. Buckner, Appellant Pro Se.   Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nannette F. Buckner appeals the district court's order accepting in part and rejecting in part the magistrate judge's recommendation, and granting Defendant's motion for summary judgment in Buckner's employment discrimination action. Buckner also appeals the district court's order denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Buckner v. Lew, No. 5:13-cv-00199-FL (E.D.N.C. Sept. 30, 2015 & Nov. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED